Same case below, 611 F.3d 87.

Same case below, 338 Fed. Appx. 150.

**No. 10-5113. Ronnie Dale Walker, Petitioner v. Scott E. Thomsen, et al.**

562 U.S. 1030, 131 S. Ct. 566, 178 L. Ed. 2d 416, 2010 U.S. LEXIS 8777.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-6253. Walter Walker, Petitioner v. Matthew Cate.**

562 U.S. 1030, 131 S. Ct. 568, 178 L. Ed. 2d 416, 2010 U.S. LEXIS 8762.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-5195. Tommy James Gagliano, Petitioner v. Stanley Mazur-Hart.**

562 U.S. 1030, 131 S. Ct. 567, 178 L. Ed. 2d 416, 2010 U.S. LEXIS 8697.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-6254. Montrell Vines, Petitioner v. A.P. Kane, Warden.**

562 U.S. 1030, 131 S. Ct. 568, 178 L. Ed. 2d 416, 2010 U.S. LEXIS 8799.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-5232. Aquil Bond, Petitioner v. Pennsylvania.**

562 U.S. 1030, 131 S. Ct. 567, 178 L. Ed. 2d 416, 2010 U.S. LEXIS 8713.

November 8, 2010. Petition for writ of certiorari to the Supreme Court of Pennsylvania, Eastern District, denied.

Same case below, 604 Pa. 1, 985 A.2d 810.

**No. 10-6255. Christopher E. Washington, Petitioner v. Experian Incorporated, et al.**

562 U.S. 1031, 131 S. Ct. 568, 178 L. Ed. 2d 416, 2010 U.S. LEXIS 8755.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-5247. William Hudgins, Petitioner v. United States.**

562 U.S. 1030, 131 S. Ct. 567, 178 L. Ed. 2d 416, 2010 U.S. LEXIS 8775.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-6266. Brett D. Jones, Petitioner v. Nevada.**

562 U.S. 1031, 131 S. Ct. 569, 178 L. Ed. 2d 416, 2010 U.S. LEXIS 8692.

November 8, 2010. Petition for writ of certiorari to the Supreme Court of Nevada denied.

Same case below, 126 Nev. 728.